| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br>Marie-Ann Greenberg, MAG-1284<br>Marie-Ann Greenberg, Standing Trustee<br>30 TWO BRIDGES ROAD<br>SUITE 330<br>FAIRFIELD, NJ  07004-1550<br>973-227-2840<br>Chapter 13 Standing Trustee | Order Filed on August 8, 2019<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| IN RE:<br><br>     NATALIE ARA | Case No.:  19-10877 RG<br><br>Hearing Date:  8/7/2019 |

### ORDER PERMITTING DEBTOR TO CURE ARREARAGES TO TRUSTEE

The relief set forth on the following page, numbered two (2), is hereby **ORDERED**.

**DATED: August 8, 2019**

Honorable Rosemary Gambardella
United States Bankruptcy Judge

Debtor(s): NATALIE ARA

Case No.: 19-10877

Caption of Order: ORDER PERMITTING DEBTOR TO CURE ARREARAGES TO TRUSTEE

---

THIS MATTER having come before the Court on 08/07/2019 on notice to ROBERT B. DAVIS, ESQ, and to the Debtor(s) herein, and good sufficient cause having been shown, it is:

- ORDERED, that the Debtor(s) are to pay $192.00 to the Trustee's office by 8/31/2019 or the case will be dismissed; and it is further

- ORDERED, that the Debtor(s) must file motion to re-enter Loss Mitigation by 8/14/2019; and it is further

- ORDERED, that if the Court's Docket does not reflect a motion to re-enter Loss Mitigation has been filed by the above referenced date, the instant Case shall be Dismissed without further Notice to Debtor or Debtor's Attorney.