UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
Caption in Compliance with D.N.J. LBR 9004-2(c)

Davis Law Center, LLC
Robert B. Davis, Esq. (001482005)
3 Main Street, 1st Floor
Newark, NJ 07105
Tel: 973-315-7566
rob@davislawcenterllc.com
~~Attorneys for Debtor~~

In Re:

Natalie Ara

Order Filed on August 20, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No.: 19-10877

Chapter: 13

Judge: RG

## ORDER RESPECTING REQUEST FOR EXTENSION
## OR EARLY TERMINATION OF THE LOSS MITIGATION PERIOD

The relief set forth on the following page is hereby **ORDERED**.

**DATED: August 20, 2019**

*Rosemary Gambardella*
Honorable Rosemary Gambardella
United States Bankruptcy Judge

The court having granted the Notice of Request for Loss Mitigation concerning the following property and creditor on _____1/16/19_____ :

Property: 59 John Ryle Avenue, Halendon, NJ 07508

Creditor: Bayview Loan Servicing

and a Request for

☒ Extension of the 90 day Loss Mitigation Period having been filed by _____Debtor_____, and for good cause shown

☐ Early Termination of the Loss Mitigation Period having been filed by _____, and for good cause shown

It is hereby ORDERED that,

The Loss Mitigation Period is extended up to and including __11/25/19__.

The Loss Mitigation Period is terminated, effective _____.

*Revised 9/19/13*

2