Phillip A. Raymond
McCalla Raymer Leibert Pierce, LLC
485F US Highway 1 S
Suite 300
Iselin, NJ   08830
Telephone: (732) 902-5399
NJ_ECF_Notices@mccalla.com
Attorneys for Secured Creditor

Order Filed on August 12, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

| In re:  Natalie Ara,  Debtor. | Chapter 13  Case No. 19-10877-RG  Judge: Rosemary Gambardella |
|---|---|

### ORDER TERMINATING LOSS MITIGATION

The relief set forth on the following pages, number two (2) through two (2) is hereby

**ORDERED**

**DATED: August 12, 2020**

Honorable Rosemary Gambardella
United States Bankruptcy Judge

Page 2

Debtors:           Natalie Ara
Case No.:          19-10877-RG
Caption of Order:  **ORDER TERMINATING LOSS MITIGATION**

---

THIS MATTER having been opened to the Court upon the Application for Extension or Early Termination of Loss Mitigation Period filed by Bayview Loan Servicing, LLC, A Delaware Limited Liability Company ("Secured Creditor") seeking termination of loss mitigation, and Natalie Ara, by her attorney, having consented to termination of loss mitigation with respect to the property known 59 John Ryle Avenue, Haledon, NJ 07508, and the Court noting the consent of the parties to the form, substance, and entry of the within Order, and for good cause shown ORDERED that:

**ORDERED AS FOLLOWS:**

1. The Order Granting Approval to Participate in the Court's Loss Mitigation Program entered February 6, 2020 and Extended on May 29, 2020 is terminated and loss mitigation is hereby terminated as of July 31, 2020.

United States Bankruptcy Court
District of New Jersey

In re:  
Natalie Ara  
    Debtor

Case No. 19-10877-RG  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin     Page 1 of 1     Date Rcvd: Aug 13, 2020  
                     Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 15, 2020.  
db          +Natalie Ara,    59 John Ryle Avenue,    Haledon, NJ 07508-1654

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                          TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 15, 2020                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 13, 2020 at the address(es) listed below:

         Denise E. Carlon     on behalf of Creditor     BAYVIEW LOAN SERVICING, LLC, A DELAWARE LIMITED LIABILITY COMPANY dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
         Kevin Gordon McDonald     on behalf of Creditor     BAYVIEW LOAN SERVICING, LLC, A DELAWARE LIMITED LIABILITY COMPANY kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com  
         Marie-Ann Greenberg     magecf@magtrustee.com  
         Melissa N. Licker     on behalf of Creditor     Bayview Loan Servicing, LLC NJ_ECF_Notices@mccalla.com, mccallaecf@ecf.courtdrive.com  
         Phillip Andrew Raymond     on behalf of Creditor     BAYVIEW LOAN SERVICING, LLC, A DELAWARE LIMITED LIABILITY COMPANY phillip.raymond@mccalla.com, mccallaecf@ecf.courtdrive.com  
         Rebecca Ann Solarz     on behalf of Creditor     BAYVIEW LOAN SERVICING, LLC, A DELAWARE LIMITED LIABILITY COMPANY rsolarz@kmllawgroup.com  
         Robert B Davis     on behalf of Debtor Natalie Ara Rob@davislawcenterllc.com, teamdlc@davislawcenterllc.com;r62529@notify.bestcase.com  
         U.S. Trustee     USTPRegion03.NE.ECF@usdoj.gov

                                                                                                  TOTAL: 8